**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eric RIVAS, Defendant—Appellant.**

**No. 03–50302.
D.C. No. CR–98–03520–BTM.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 19, 2004.

Richard Chang, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Steven L. Barth, Federal Defender's of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before CANBY, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM**

Eric Rivas appeals the sentence imposed upon revocation of his term of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Rivas contends that 18 U.S.C. § 3583, which authorizes the imposition of a term of supervised release, is unconstitutional facially, and as applied, under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This claim is foreclosed by *United States v. Liero,* 298 F.3d 1175, 1177–78 (9th Cir.2002) (rejecting the argument that imposition of a term of supervised release following a term of imprisonment violated the Supreme Court's holding in *Apprendi* ), *cert. denied,* 537 U.S. 1132, 123 S.Ct. 913, 154 L.Ed.2d 820 (2003).

**AFFIRMED.**

Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.